## National Do Not Call Registry - Your Registration Is Confirmed

From: Verify@DonotCall.gov (verify@donotcall.gov)

To: beaufortnickson@yahoo.com

Date: Friday, May 13, 2022, 06:19 PM EDT

Thank you for registering your phone number with the National Do Not Call Registry. You successfully registered your phone number ending in 0048 on November 16, 2018. Most telemarketers will be required to stop calling you 31 days from your registration date.

Visit https://www.donotcall.gov to register another number or file a complaint against someone violating the Registry.

*************************************************************************************************

Please do not reply to this message as it is from an unattended mailbox. Any replies to this email will not be responded to or forwarded. This service is used for outgoing emails only and cannot respond to inquiries.

Plaintiff's
Exhibit [#1]

Insure.com robocall

From: Beaufort Nickson (beaufortnickson@yahoo.com)
To: beaufortnickson@yahoo.com
Date: Thursday, December 16, 2021, 11:29 AM EST



Insure.com
Add tag

Phone
+1 202-803-7763

Dec 9 11:08 AM
Incoming call
2 mins 15 sec

Create contact    Update existing    Block number

Sent from Yahoo Mail on Android

Plaintiff's
Exhibit [#2]

Insure.com robocall text and call

From: Beaufort Nickson (beaufortnickson@yahoo.com)
To: beaufortnickson@yahoo.com
Date: Thursday, December 16, 2021, 11:29 AM EST



**Insure com Robo**

Mobile
+1 202-753-4902

**Dec 9 12:23 PM**
Incoming call/Mobile
2 mins 42 sec

**December 9**
Received message/Mobile
Hi Beaufort, it's Taylor at Insure .com-Wante...

**December 9**
Received message/Mobile
Beaufort--Taylor at Insure .com. We're closed...



Sent from Yahoo Mail on Android

---

(No Subject)

From: Beaufort Nickson (beaufortnickson@yahoo.com)
To: beaufortnickson@yahoo.com
Date: Thursday, December 16, 2021, 10:09 PM EST

**Insure com Robo**

Thursday, December 9, 2021

> Beaufort--Taylor at Insure .com. We're closed, but we have an appointment open at 3PM tomorrow. Does that work or what's a better time? Txt "no" to end

8:12 AM

> Hi Beaufort, it's Taylor at Insure .com- Wanted to let

Sent from Yahoo Mail on Android

Insure.com/Illegal/Text

From: Beaufort Nickson (beaufortnickson@yahoo.com)
To: beaufortnickson@yahoo.com
Date: Thursday, December 16, 2021, 10:11 PM EST

 38% 10:07 PM

**Insure com Robo**

at 3PM tomorrow. Does that work or what's a better time? Txt "no" to end

8:12 AM

Hi Beaufort, it's Taylor at Insure .com- Wanted to let you know I'm in the office now! When can I call about your auto coverage quote? Txt no to end

10:26 AM

Enter message  

Sent from Yahoo Mail on Android

# Data, text & talk logs

**Device:** Beaufort Nickson | 202.215.0048

**Billing period:** Nov 21, 2021 – Present
Showing details for Talk usage

View details by: Talk

Totals for this billing period: 328 calls    1588 minutes    $0.00

| Date / Time | Contact | Location | Call Type | Minutes | Charge ($) |
|---|---|---|---|---|---|
| 12/10/2021 | 04: | WASHINGTON | DT | 1 | 0.00 |
| 12/10/2021 | 04: | WASHINGTON | DT | 1 | 0.00 |
| 12/10/2021 | 01: | INCOMING | DT | 2 | 0.00 |
| 12/10/2021 | 12: | WASHINGTON | DT | 1 | 0.00 |
| 12/10/2021 | 09: | WASHINGTON | DT | 4 | 0.00 |
| 12/10/2021 | 09: | INCOMING | DT | 1 | 0.00 |
| 12/10/2021 | 08: | WASHINGTON | DT | 2 | 0.00 |
| 12/09/2021 | 11: | INCOMING | NW | 1 | 0.00 |
| 12/09/2021 | 08: | ANNAPOLIS | DT | 4 | 0.00 |
| 12/09/2021 | 08: | INCOMING | DT | 2 | 0.00 |
| 12/09/2021 | 08: | INCOMING | DT | 1 | 0.00 |
| 12/09/2021 | 0: | WASHINGTON | DT | 1 | 0.00 |
| 12/09/2021 | 07: | WASHINGTON | DT | 6 | 0.00 |
| 12/09/2021 | 05: | WASHINGTON | DT | 10 | 0.00 |
| 12/09/2021 | 05: | WASHINGTON | DT | 3 | 0.00 |
| 12/09/2021 | 04: ...58 | INCOMING | DT | 1 | 0.00 |
| 12/09/2021 | 03: ...7 | INCOMING | DT | 6 | 0.00 |
| 12/09/2021 | 03: | WASHINGTON | DT | 1 | 0.00 |
| 12/09/2021 | 03:2 | Toll Free | DT | 10 | 0.00 |
| 12/09/2021 | 03:2 | Toll Free | DT | 1 | 0.00 |
| 12/09/2021 | 03:06PM 888.452.4363 | Toll Free | DT | 20 | 0.00 |

Plaintiff's Exhibit

| Date / Time | | Contact | Location | Call Type | Minutes | Charge ($) |
|---|---|---|---|---|---|---|
| 12/09/2021 | 03:03PM | | WASHINGTON | DT | 2 | 0.00 |
| 12/09/2021 | 03:02PM | | INCOMING | DT | 1 | 0.00 |
| 12/09/2021 | 03:02PM | | INCOMING | DT | 1 | 0.00 |
| 12/09/2021 | 02:54PM | | WASHINGTON | DT | 8 | 0.00 |
| 12/09/2021 | 02:39PM | | WASHINGTON | DT | 2 | 0.00 |
| 12/09/2021 | 02:35PM | | WASHINGTON | DT | 4 | 0.00 |
| 12/09/2021 | 02:31PM | | Toll Free | DT | 4 | 0.00 |
| 12/09/2021 | 02:29PM | | Toll Free | DT | 2 | 0.00 |
| 12/09/2021 | 02:28PM | | WASHINGTON | DT | 1 | 0.00 |
| 12/09/2021 | 12:23PM | 202.753.4902 | INCOMING | DT | 3 | 0.00 |
| 12/09/2021 | 12:15PM | | INCOMING | DT | 1 | 0.00 |
| 12/09/2021 | 11:49AM | | WASHINGTON | DT | 6 | 0.00 |
| 12/09/2021 | 11:08AM | 202.803.7763 | INCOMING | DT | 3 | 0.00 |
| 12/09/2021 | 10:20AM | | WASHINGTON | DT | 2 | 0.00 |
| 12/09/2021 | 09:49AM | | WASHINGTON | DT | 1 | 0.00 |
| 12/09/2021 | 09:42AM | | WASHINGTON | DT | 7 | 0.00 |
| 12/08/2021 | 10:17PM | | INCOMING | NW | 1 | 0.00 |
| 12/08/2021 | 10:16PM | | WASHINGTON | NW | 1 | 0.00 |
| 12/08/2021 | 10:14PM | | WASHINGTON | NW | 1 | 0.00 |
| 12/08/2021 | 09:03PM | | WASHINGTON | NW | 2 | 0.00 |
| 12/08/2021 | 05:54PM | | WASHINGTON | DT | 4 | 0.00 |
| 12/08/2021 | 05:53PM | | CALL WAIT | CW | 2 | 0.00 |
| 12/08/2021 | 05:52PM | | INCOMING | DT | 1 | 0.00 |
| 12/08/2021 | 05:52PM | | CALL WAIT | CW | 1 | 0.00 |
| 12/08/2021 | 05:51PM | | WASHINGTON | DT | 1 | 0.00 |
| 12/08/2021 | 05:43PM | | WASHINGTON | DT | 1 | 0.00 |
| 12/08/2021 | 05:39PM | | WASHINGTON | DT | 1 | 0.00 |
| 12/08/2021 | 04:47PM | | INCOMING | DT | 1 | 0.00 |
| 12/08/2021 | 04:15PM | | INCOMING | DT | 1 | 0.00 |

Legend*:

B (Direct assistance call complete); C (Call waiting); CW (Call waiting); D (Data call); d (Directory assistance); DT (Daytime minutes); F (Call forwarding); g (Push to talk group event); H (Group mobile-to-mobile calls); I (Incoming call); K (Fax call); L (Expanded calling); M (Mobile-to-mobile discount); M2AM (Mobile to any mobile); M2AN (A-list); M2MCNG (Mobile to any AT&T mobile); MCELL (MicroCell® unlimited voice); N (Night minutes or off-network); NW (Night & Weekend minutes); O (Off-peak minutes); P (Peak minutes or priority access service); PVWIFI (Wi-Fi calling); R (Roam with home); S (Shared minutes); SPWIFI (NumberSync Wi-Fi); T (Three way calling); V (V-VPN or voice activated dialing); VC (Video calling); VM (Voicemail); W (Weekend minutes); Y (Voicemail return call); 1 (PTT one-to-one event); 9 (Unity / expanded calling)

* The codes shown in this legend are the codes most commonly used with Wireless service from AT&T. Additional codes may be present.

Incoming Call     Outgoing Call

December 17, 2021

<u>Sent Via: U.S. Certified Mail:[70203160000061801443]</u>

To:   QuinStreet Inc./Insure.com
      950 Tower Lane 6TH Floor
      Foster City, California. 94404

From: Beaufort M. Nickson
      12639 Millstream Drive
      Bowie, Maryland. 20715

Attn: Mr. Douglas J. Valenti/Chief Executive Officer

Re:   (TCPA) Violations: Two(2)Illegal Calls Two(2)Illegal Text.

Please find enclosed the following documents:

(1) $4,000.00 Demand Letter for (TCPA) Violations. -2-pages.

(2) Federal "National Do Not Call" Registry, my cell phone number has been registered since November 16, 2018. -1-page.

(3) AT&T Call Log, showing the "Spoofed" phone numbers your company used to contact my cell phone. -2- pages.

(4) Screenshot of cell phone showing calls and text messages from "Insure.com" -4- pages.

Plaintiff's
Exhibit [#4]

-1-

December 17, 2021

QUINSTREET INC./INSURE.COM
950 Tower Lane, 6th Floor
Foster City, California. 94404

Attn:  Mr. Douglas J. Valenti/Chief Executive Officer

Re:   (TCPA) Violations: Two(2) Illegal Calls and Two(2) Illegal Text

To Whom It May Concern:

I am writing to you regarding your recent, unsolicited communication to my cell phone [202-215-0048], from your company, for marketing purposes. The communication was unwanted, and was made without my express invitation, permission, or consent. Please review the attached documents, for the time and date information regarding the communication.

As you are, or should be aware, the Telephone Consumer Protection Act ("TCPA") makes it illegal to solicit sales to cellular devices, via call or text message…

> 47 U.S.C. § 227(b)(1)(A)(iii) states that:
>
> *It shall be unlawful for any person within the United States, or any person outside the United States if the recipient is within the United States… to make any call (other than a call made for emergency purposes or made with the prior express consent of the called party) using any automatic telephone dialing system or an artificial or prerecorded voice… to any telephone number assigned to a paging service, cellular telephone service, specialized mobile radio service, or other radio common carrier service, or any service for which the called party is charged for the call, unless such call is made solely to collect a debt owed to or guaranteed by the United States;*
>
> 47 U.S.C. § 227(b)(3) provides as follows:
>
> *A person or entity may, if otherwise permitted by the laws or rules of court of a State, bring in an appropriate court of that State…an action based on a violation of this subsection or the regulations prescribed under this subsection to enjoin such violation, an action to recover for actual monetary loss from such a violation, or to receive $500 in damages for each such violation, whichever is greater, or both such actions…*
>
> *…If the court finds that the defendant willfully or knowingly violated this subsection or the regulations prescribed under this subsection, the court may, in its discretion, increase the amount of the award to an amount equal to not more than 3 times the amount available under subparagraph (B) of this paragraph.*

The statute provides that a person who violates the statute is liable for $500 in damages for each violation. If the court finds that the defendant acted willfully or knowingly (regardless of whether you knew about the TCPA), the court may **triple the damage award**. *See* 47 U.S.C. § 227(b)(3).

Because you contacted me on my cell phone, at a number listed on the national Do Not Call registry, I have reason to believe that you willfully or knowingly violated the law, which makes you liable for up to $1,500 per violation.

By virtue of this unwanted communication, you have violated multiple provisions of the TCPA, and in so doing, exposed yourself to substantial statutory penalties. But, in the interest of saving all parties involved the time, trouble, and cost of litigation in federal court, I would urge you to accept this very equitable, *one-time* offer:

> Please send, made payable to me, in (U.S.) certified funds the amount of $4,000.00 to the address listed herein within ten (10) days of your receipt of this correspondence. In exchange, I will release any and all claims related to this matter, and forgo any future reports, complaints or grievances to state or federal government agencies or authorities not yet made.

If you do not choose to settle, I can assure you that I will do my part to help enforce the law as Congress intended and I will sue you for violating the law. Additionally, I may decide to seek class action certification in a suit against you, as I am certain that I am not the only one to have received this type of unlawful communication from your company.

Respectfully,

Beaufort M. Nickson
12639 Millstream Drive
Bowie, Maryland. 20715
(202)215-0048
beaufortnickson@yahoo.com

## QuinStreet Inc. ("TCPA") Violations

From: Beaufort Nickson (beaufortnickson@yahoo.com)

To: paulrosenthal@kelleydrye.com

Date: Monday, January 31, 2022, 02:48 PM EST

Mr. Rosenthal,

It has been about six weeks since your client QuinStreet Inc. d/b/a "Insure.com" had been put on notice (letter dated December 17, 2021, received on December 20, 2021) about its multiple violations under the "Telephone Consumer Protection Act" (TCPA) I have yet to receive a response as to why your client made contact with my cell phone, considering, I have never inquired about any of its products or services and I don't have a business relationship with your client, furthermore, I have never filled out any internet webform submissions giving your client consent, additionally, my cell phone number is on the "Do Not Call" registry, which was clearly violated by your client.

Please advise, as to how your client would like to proceed with this matter, as not to waste either of our time.

Thank you,

Mr. Nickson

Re: Demand Letter to QuinStreet

From:   Beaufort Nickson (beaufortnickson@yahoo.com)
To:     paulrosenthal@kelleydrye.com
Date:   Monday, February 7, 2022, 12:01 PM EST

Mr. Rosenthal,

I have **never** visited the website "InsureMyCar.org" and I did not fill out any webform(s) on December 09, 2021, at 8:00A.M. eastern time with my personal information requesting any quotes.

(1) Request: Could you please provide me with the "IP Address" and its complete event log history of this website interaction your client "Fraudulently"
     alleges came from my home computer.


(2) Your client has violated multiple provisions of the (TCPA) and "Truth in Caller ID Act"

Spoofing its phone number(s) to induce me into picking up my cellphone as if the calls were coming from my local area. (**neighbor spoofing**) indeed when your client's representatives called me, I asked both were they calling from "Washington DC" as the caller id information displayed and both representatives stated they were in California more specifically, "Foster City" and not my local area of (202).

Per: Federal Communications Commission (FCC) Spoofing is when a caller deliberately falsifies the information transmitted to your caller id display to disguise their identity.

(3) Do Not Call Registry: my cell phone number has been registered since November 2018. Your client did not scrub my cellphone number from its calling list 31 days before it placed calls, pre-recorded messages and text.


(4) Settlement Offer: I kindly decline your client's ($800.00) offer for the reasons stated above and do not believe its offer amount is sufficient compensation for the harassment, annoyance and deceptive tactics which are all "Willful and Knowing"

I do believe the amount in my demand letter ($4,000.00) was more than fair, however, I will make a counteroffer of ($3,800.00)


Thank you,
Mr. Nickson




On Thursday, February 3, 2022, 02:48:16 PM EST, Rosenthal, Paul A. (NJ) <paulrosenthal@kelleydrye.com> wrote:




Mr. Nickson,

Plaintiff's
Exhibit [#6]

Last Name
..........

E-mail
..........

Phone
..........



We take your privacy serious. By clicking the "Submit" button above, I provide my express written consent by electronic signature to receive marketing communications via live agent, automated telephone dialing system, data or SMS texts, and/or pre-recorded message, from any of this website and participating companies or their agents at the phone or wireless number I provided, even if my number email is currently listed on any federal, state, or company Do Not Call, Do Not Email, user mailer message and data rates may apply. I understand that my consent is not required as a condition of purchasing any goods or services and that I may revoke my consent at any time. I also acknowledge that I am at least 18 years of age and I have read and agree to this website's ...

"If a driver with a clean driving record switched from All State to Geico, they would save $713 per year." - NBCS - cars.usnews.com cars-trucks car-insurance cheapest-car-insurance-companies

Plaintiff's Exhibit [#7]

## Re: Demand Letter to QuinStreet

**Beaufort Nickson** <beaufortni...>
To: Rosenthal, Paul A. (NJ)
Wed, Feb 9 at 8:09 PM

Mr. Rosenthal,

As I have attested to several times, I have never visited your client's website "InsureMyCar.org" however, for some reason your client insists on providing me with fraudulent information to obfuscate its liability.

The arguments and evidence that you have presented to me do not support any valid allegation that QuinStreet's calls were made with my consent and were not in violation of the (TCPA) you have provided me with an "IP Address" (71.126.143.2) THIS IS NOT MY IP ADDRESS. You provided me with the last page of a web form which shows a "submit button" which was not click on by me or on my computer. Your client did not have consent to call my cell phone.

(1) Could you please provide me with the name and contact information of the third-party vendor that supplied your client with this "lead fraud".

(2) Could you please provide me with the complete webform event history log.

(3) I kindly decline your clients offer of $1,000.00.

thank you,
Mr. Nickson

On Wednesday, February 9, 2022, 06:22:57 PM EST, Rosenthal, Paul A. (NJ) <paulrosenthal@kelleydrye.com> wrote:

CONFIDENTIAL SETTLEMENT COMMUNICATION

Mr. Nickson,

Plaintiff's Exhibit [#8]

Geolocation data from IP2Location (Product: DB6, updated on 2022-5-1)

| IP Address | Country | Region | City |
|---|---|---|---|
| 71.126.143.2 | United States of America | Maryland | Bowie |

| ISP | Organization | Latitude | Longitude |
|---|---|---|---|
| Verizon Business | Not Available | 38.9428 | -76.7303 |

Geolocation data from ipinfo.io (Product: API, real-time)

| IP Address | Country | Region | City |
|---|---|---|---|
| 71.126.143.2 | United States | Maryland | Bowie |

| ISP | Organization | Latitude | Longitude |
|---|---|---|---|
| Verizon Business | Verizon Business (verizon.com) | 38.9885 | -76.7910 |

Geolocation data from DB-IP (Product: API, real-time)

| IP Address | Country | Region | City |
|---|---|---|---|
| 71.126.143.2 | United States | New York | New York |

| ISP | Organization | Latitude | Longitude |
|---|---|---|---|
| Verizon Business | Verizon Business | 40.7128 | -74.006 |

Geolocation data from ipregistry.co (Product: API, real-time)

| IP Address | Country | Region | City |
|---|---|---|---|
| 71.126.143.2 | United States | Maryland | Bowie |

| ISP | Organization | Latitude | Longitude |
|---|---|---|---|
| Verizon Business | Verizon Business (verizonenterprise.com) | 38.9891 | -76.79035 |

Geolocation data from ipgeolocation.io (Product: API, real-time)

| IP Address | Country | Region | City |
|---|---|---|---|
| 71.126.143.2 | United States | Virginia | Ashburn |

| ISP | Organization | Latitude | Longitude |
|---|---|---|---|
| Verizon Business | Verizon Business | 39.01121 | -77.47120 |

Plaintiff's Exhibit [#9]

**Beaufort: Reminder – we found your info in another company's data breach.**

From: Credit Karma (notifications@notifications7.creditkarma.com)
To: beaufortnickson@yahoo.com
Date: Friday, May 13, 2022, 05:47 PM EDT



Hi Beaufort,

Credit Karma's Identity Monitoring service routinely checks to see if your email has been in a data breach.

It looks like **your personal data may have been compromised**, not at Credit Karma, but in at least one data breach affecting another company.

Here's what to do

Simply go to Credit Karma's Identity Monitoring page, where you can see the breach details. After that, you may want to take steps to protect the

account affected by the breach, such as changing your password.

Was this email helpful?

 

This is a promotional email.
To manage your email preferences, please go to notification preferences.

Unsubscribe from all emails

Unsubscribe from all emails primarily about id monitoring

Credit Karma, LLC, P.O. Box 30963, Oakland, CA 94604 Copyright © 2008-2022 Credit Karma, LLC. All Rights Reserved. Any third party trademarks referenced are the property of their respective owners.

Note: Never share your online banking or Credit Karma passwords with anyone, including us!

Privacy Policy | Terms of Service

